# EXHIBIT 4

US00D473280S

(12) **United States Design Patent**  (10) Patent No.: **US D473,280 S**
Briggs  (45) Date of Patent: ** Apr. 15, 2003

(54) **GUN SUPPORT**

(76) Inventor: **Thomas Briggs**, Box 1158, Verdi, NV (US) 89439

(**) Term: **14 Years**

(21) Appl. No.: **29/160,541**

(22) Filed: **May 10, 2002**

(51) **LOC (7) Cl.** .................................................. **23-01**
(52) **U.S. Cl.** .................................................. **D22/108**
(58) **Field of Search** ............................... D22/100, 108, D22/199; D8/1; D6/417, 552; 42/94; 89/37.04; 211/64; 248/87, 156, 530

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 1,129,838 A | * | 3/1915 | Allen | .......................... | 248/87 |
| 1,524,973 A | * | 2/1925 | Hazelton | ........................ | 42/94 |
| 3,235,997 A | * | 2/1966 | Stoner | ............................ | 42/94 |
| D344,566 S | * | 2/1994 | Vetter | ......................... | D22/108 |
| 5,930,932 A | * | 8/1999 | Peterson | ........................ | 42/94 |
| 5,988,194 A | * | 11/1999 | Collins | ................... | 248/156 X |

* cited by examiner

*Primary Examiner*—Louis S. Zarfas
*Assistant Examiner*—Monica A. Weingart

(74) *Attorney, Agent, or Firm*—Brian Kelly JDLLM

(57) **CLAIM**

The ornamental design for a gun support, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the gun support in the open position showing my new design;
FIG. **2** is a top plan view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a bottom plan view thereof;
FIG. **5** is a side elevational view, the opposite side being a mirror image thereof;
FIG. **6** is a perspective view in the collapsed position;
FIG. **7** is a top plan view therof;
FIG. **8** is a front elevational view, the rear being a mirror image thereof;
FIG. **9** is a bottom plan view thereof;
FIG. **10** is a side elevational view, the opposite side being a mirror image thereof;
FIG. **11** is a side perspective view thereof; and,
FIG. **12** is a perspective view in the open position thereof. The broken lines showing of a figure, in FIGS. **11** and **12**, is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



**U.S. Patent**     Apr. 15, 2003     Sheet 1 of 2     US D473,280 S





Fig. 6   Fig. 8   Fig. 10   Fig. 11

Fig. 7

Fig. 9   Fig. 12