# EXHIBIT 5





http://assignment.uspto.gov/#/search?adv=patAssigneeName%3AOne%20Shot%20Shooting&q=&sort=patAssignorEarliestExDate%20desc&synonyms=false



# uspto.gov
The United States Patent and Trademark Office
an agency of the Department of Commerce

**Patent Application Information Retrieval**

| Home | Patents | Trademarks | Other |

**Patent eBusiness**
- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

**Patent Information**
- Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

**Patent Searches**
- Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

**Other**
- Copyrights
- Trademarks
- Policy & Law
- Reports

**Patent Application Information Retrieval**

Order Certified Application As Filed   Order Certified File Wrapper   View Order List

29/160,541   GUN SUPPORT

| Select New Case | Application Data | Transaction History | Fees | Published Documents | Address & Attorney/Agent | Assignments |

## Assignments Data

**Assignments data does not exist**

For Application Number: 29160541

Search Results as of: 12/30/2015 12:09:03 PM

**Disclaimer:**
Assignment information on the assignment database reflects assignment documents that have been actually recorded.
If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.
If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350

If you need help:

- Contact the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- If you experience technical difficulties or problems with PAIR outside normal Patent Electronic Business Center hours (M-F, 6AM to 12AM ET), please call 1 800-786-9199.
- Send general questions about USPTO programs to the USPTO Contact Center (UCC).



- » Accessibility
- » Privacy Policy
- » Terms of Use
- » Security
- » Emergencies/Security Alerts
- » Information Quality Guidelines
- » Federal Activities Inventory Reform (FAIR) Act
- » Notification and Federal Employee Antidiscrimination and Retaliation (NoFEAR) Act
- » Budget & Performance
- » Freedom of Information Act (FOIA)
- » Department of Commerce NoFEAR Act Report
- » Regulations.gov
- » STOPfakes.gov
- » Department of Commerce
- » USA.gov
- » Strategy Targeting Organized Piracy (STOP!)
- » Careers
- » Site Index
- » Contact Us
- » USPTO Webmaster