# EXHIBIT 9

IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ONE SHOT SHOOTING PRODUCTS, LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 2:15-cv-01659-RWS |
| HUNTER'S SPECIALTIES, INC., *ET AL.*, | § § § | |
| Defendants. | § § | |

**DECLARATION OF JUNG W. CHOI**

Pursuant to 28 U.S.C. § 1746, JUNG W. CHOI declares as follows:

1. I am the Chief Financial Officer of Peak Rock Capital, LLC ("Peak Rock"). I make this declaration on behalf of Peak Rock in support of the motion to dismiss Peak Rock under Rule 12(b)(6) and in support of the motion to transfer venue by Hunter's Specialties, Inc. ("Hunter's Specialties"). I have personal knowledge of the facts stated herein and, where indicated, I provide facts to the best of my knowledge and belief formed after a reasonable investigation. I am over the age of 18 and am competent to testify as to any of the matters stated herein.

2. Peak Rock is a private equity firm located in Austin, Texas. Peak Rock has only one other office, which is in Brussels, Belgium. Peak Rock organizes, and provides management advice to private equity funds that invest in middle-market companies throughout the United States and abroad.

3. In April 2014, an affiliate of the several investment funds that Peak Rock organized and advises acquired an equity interest in Hunter's Specialties. Other similar affiliates of these funds also own equity interests in several other companies besides Hunter's Specialties,

as they are passive investment vehicles formed for the purpose of investing in a diverse pool of companies. The investors in these investment funds are comprised of various private and institutional investors including public pensions, foundations and endowments. Peak Rock does not, directly or indirectly, own any shares or other have any other ownership interest in Hunter's Specialties.

4.   I have held my position as Chief Financial Officer since before April 2014. I understand that this above-captioned lawsuit was filed in October 2015 and names both Peak Rock and Hunter's Specialties as co-defendants. I understand that the Plaintiff in this lawsuit has accused Hunter's Specialties' Johnny Stewart shooting stick of infringing a patent.

5.   At no time has Peak Rock been involved in the design, manufacturing, marketing, or sale of Hunter's Specialties' Johnny Stewart shooting stick. To my knowledge, none of Peak Rock's employees has been involved in the design, manufacture, advertising or sale of the Johnny Stewart shooting stick.

6.   Peak Rock also does not maintain any documents or other records regarding the design, manufacture, advertising or sale of Hunter's Specialties' Johnny Stewart shooting stick. To my knowledge, none of Peak Rock's employees has maintained any records regarding the design, manufacture, advertising or sale of the Johnny Stewart shooting stick.

7.   I understand that Hunter's Specialties has a website at www.hunterspec.com. Peak Rock does not own, manage or maintain this website. Likewise, to my knowledge, none of Peak Rock's employees own, manage or maintain this website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on January 6, 2016.

_____
Jung W. Choi

662692-v1/7226-00100

3