# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ONE SHOT SHOOTING PRODUCTS, LLC, a Texas Limited Liability Company,** § § § | |
| **Plaintiff,** § § | |
| vs. § § | **CASE NO. 2:15-cv-01659-RWS** |
| **HUNTER'S SPECIALTIES, INC., an Iowa Corporation, and PEAK ROCK CAPITAL, LLC, a Delaware Limited Liability Company,** § § § § § | |
| **Defendants.** § | |

## ORDER

This case is set for a scheduling conference in **Texarkana, Texas** on **February 19, 2016 at 11:30 a.m.** before the undersigned. The purpose of the scheduling conference will be to confirm the trial setting and to resolve any case management disputes or concerns.

The parties shall prepare and submit a joint proposed docket control order,[1] a joint proposed discovery order, and a joint proposed protective order, within the time periods contained in the schedule set forth hereinafter.[2] These orders shall be guided by the sample docket control, discovery and protective orders for patent cases that can be found on the Court's website.

---

[1] Additionally, the parties are encouraged to consider a Track B Case Management Order, available on Judge Schroeder's website. *See also* General Order 14-3. If the parties elect Track B, they shall file a joint notice of Track B election five days prior to the scheduling conference and will be excused from filing the proposed docket control, discovery, and protective orders. At the Scheduling Conference, the Court will discuss Track B specific dates with parties who elect Track B and finalize the Track B Initial Case Management Order. All parties shall be prepared to discuss Track B whether they elect it or not.

[2] Timely submission of the parties' proposed docket control order, proposed discovery order and proposed protective order will be viewed by the Court as complying with the conference requirement of Rule 26(f).

The sample orders include provisions that require input from the parties.  The sample orders also include provisions that are mandatory and are not subject to change without showing good cause.  Good cause is not shown by a mere indication of the parties' agreement.  Should either party believe good cause can be shown to alter an otherwise mandatory provision, then such party shall file a separate motion to alter the provision after the parties have filed the proposed docket control and discovery orders with the mandatory provisions intact as previously required above.

Furthermore, it is hereby **ORDERED** that the following schedule of deadlines shall be incorporated into the proposed docket control order:

| | |
|---|---|
| Jury Trial | *June 19, 2017 immediately following jury selection in Marshall, Texas |
| Jury Selection | *June 19, 2017 at 9:00 a.m. in Marshall, Texas |
| Pre-trial Conference | *June 6, 2017 at 10:00 a.m. in Texarkana, Texas |
| Dispositive Motion Hearing | *May 9, 2017 at 9:00 a.m. in Texarkana, Texas |
| Dispositive Motion Deadline | *February 14, 2017 |
| *Markman* Hearing | *September 14, 2016 at 10:00 a.m. in Texarkana, Texas |
| 3 Weeks After Scheduling Conference | *Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) |
| 5 Days Before Scheduling Conference | File Notice identifying the attorneys who will attend the Scheduling Conference<br><br>Each party must have an attorney present with authority to resolve any scheduling disputes or proposed changes. |

| 5 Days Before Scheduling Conference | File Proposed Docket Control Order, Proposed Discovery Order, and Proposed Protective Order |
| --- | --- |
| | The proposed orders shall each be separately filed as a joint motion with the caption indicating whether or not the proposed order is opposed in any part.  Any disputes should be redlined and each party's position explained. |

(*) indicates a deadline that cannot be changed without showing good cause.  Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

**SIGNED this 25th day of January, 2016.**

                                                  ROBERT W. SCHROEDER III
                                                UNITED STATES DISTRICT JUDGE