IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ONE SHOT SHOOTING PRODUCTS, LLC,** a Texas Limited Liability Company<br><br>  Plaintiff,<br><br>v.<br><br>**HUNTER'S SPECIALTIES, INC.**, an Iowa Corporation, **and PEAK ROCK CAPITAL, LLC**, a Delaware Limited Liability Company<br><br>  Defendants. | Civil Action No. 2:15-cv-1659<br><br><br><br>**(JURY TRIAL DEMANDED)** |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

CAME ON FOR CONSIDERATION, Plaintiff One Shot Shooting Products, LLC's, ("One Shot Shooting Products" or "Plaintiff"), Unopposed Motion for Extension of Deadlines. Having considered the Motion it is hereby GRANTED.

Accordingly, the deadline for Plaintiff's Responsive Briefs to the following motions is extended up to and including February 4, 2016:

1. Motion to Dismiss Defendant Peak Rock Capital, LLC (Dkt. 12)

2. Defendant Hunter's Specialties Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Dkt. 13)

3. Hunter's Specialities, Inc.'s Motion for a Stay Pending Resolution of Venue (Dkt. 14)

4. Hunter's Specialties, Inc.'s Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted (Dkt. 17).

**SIGNED this 28th day of January, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE