# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ONE SHOT SHOOTING PRODUCTS, LLC,** a Texas Limited Liability Company<br><br>    Plaintiff,<br><br>v.<br><br>**HUNTER'S SPECIALTIES, INC.**, an Iowa Corporation, **and PEAK ROCK CAPITAL, LLC**, a Delaware Limited Liability Company<br><br>    Defendants. | Civil Action No. 2:15-cv-1659<br><br><br><br>**(JURY TRIAL DEMANDED)** |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), and Plaintiff One Shot Shooting Products, LLC's ("Plaintiff"), Notice of Voluntary Dismissal With Prejudice, it is hereby ORDERED that all claims asserted by Plaintiff against Defendants Hunter's Specialties, Inc. and Peak Rock Capital, LLC in this action are dismissed with prejudice.

**So ORDERED and SIGNED this 12th day of February, 2016.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE